No. 80–6668.   PRENZLER *v.* KLEINMAN ET AL.   Appeal from C. A. 9th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this case.

No. 80–6696.   LINDEN *v.* FOX ET AL.   Appeal from App. Div., Sup. Ct. N. Y., 1st Jud. Dept., dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this case.

No. 80–6834.   PRENZLER *v.* PIKE ET AL.   Appeal from C. A. 9th Cir. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this case.

No. 81–13.   MENEGUS *v.* E. I. DU PONT DE NEMOURS & Co.   Appeal from Sup. Ct. N. J. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this case.

No. 81–29.   KIRSNER *v.* MARYLAND; and EARL REALTY, INC. *v.* MARYLAND.   Appeals from Crim. Ct. Baltimore City, Md., dismissed for want of jurisdiction.   Treating the papers whereon the appeals were taken as petitions for writs of certiorari, certiorari denied.   JUSTICE O'CONNOR took no part in the consideration or decision of these cases.

No. 81–5143.   LINDEN *v.* DIAL PRESS ET AL.   Appeal from C. A. 2d Cir. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this case.